

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 17-23849-CIV-GRAHAM

MSP RECOVERY CLAIMS, SERIES LLC,
and MSPA CLAIMS 1, LLC,

      Plaintiff,

vs.

ARCH INDEMNITY INSURANCE
COMPANY,

      Defendant.

_____/

### ORDER DISMISSING CASE

    **THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice [D.E. 48]. Based thereon, it is hereby

    **ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**, with each party to bear their own fees and costs. It is further

    **ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of February, 2018.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

CLOSED CIVIL CASE